## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LAMONT CLAYTON VAN											PLAINTIFF
ADC #108062

V.								5:05CV00229 SWW

LARRY NORRIS *et al.*										DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this 3rd day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE